EDWARD LIGUORI, Respondent, v. FRANCESCO CARUSO, Appellant.— Action to recover damages for libel. Order denying defendant's motion to dismiss the first cause of action in the complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

GEREMIO MAIETTA, Appellant, v. PREFERRED OIL COMPANY, INC., Respondent.— In an action to recover damages for personal injuries sustained by plaintiff when an automobile which he was operating collided with defendant's truck at a street intersection, judgment in favor of defendant, and order denying plaintiff's motion to set aside the verdict and for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

STELLA MARINI, Respondent, and MENOTTI MARINI, Plaintiff, v. THE CITY OF NEW YORK, Appellant.— Action by respondent to recover damages for personal injuries suffered by her as a consequence of the construction and maintenance of a dangerous road intersection in Queens county. The defendant constructed and maintained, without any warning signs of its existence, an abrupt rise in the roadway between a street and an intersecting avenue. The respondent, while a passenger in an automobile owned and driven by her husband, was bounced from the rear seat up against the roof of the car and suffered a compression fracture of the spine. Judgment for the respondent, in so far as appealed from, unanimously affirmed, with costs. (Voorhees v. County of Nassau, 251 App. Div. 902; Cheney v. County of Erie, 258 id. 932.) In Robbins v. Weatherwax (246 App. Div. 654) the jury's verdict was reinstated by the Appellate Division. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

PARK AVENUE METHODIST EPISCOPAL CHURCH, Appellant, v. JAMES H. BARRETT, Respondent.— Action to recover four months' rent under a lease. The defense was that there had been a constructive eviction. Judgment for the defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

PLEASANTVILLE ESTATES, INC., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Action to restrain defendant from obstructing or interfering with plaintiff's right of way over certain land on which the defendant's tracks run, and for other relief. Judgment entered in favor of plaintiff unanimously affirmed, with costs. The right of way is defined and granted by the mortgage instrument of November 14, 1924, and defined in the subsequent conveyance to which the mortgage instrument refers. Plaintiff has succeeded to the rights of the mortgagee therein. On the pleadings and proof herein it would not be proper to grant relief for excessive user of the way. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.